Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  11−28236−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Bermudez
   1051 Madison Ave Apt D
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−2536

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/15/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: July 15, 2016
JJW: nds

                                            James J. Waldron
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 11-28236-SLM
Patricia Bermudez                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin             Page 1 of 3           Date Rcvd: Jul 15, 2016
                          Form ID: 148            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
```
db             +Patricia Bermudez,    1051 Madison Ave Apt D,    Elizabeth, NJ 07201-1323
smg             U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
trfee          +American Student Assistance Services, Inc,    100 Cambridge St,    Suite 1600,
                 Boston, MA 02114-2567
r              +Christie Ibeh,    6914 East Fowler Avenue, Suite G,    Tampa, FL 33617-1705
512086950      +Acs/college Loan Corp,    501 Bleecker St,    Utica, NY 13501-2401
512086951      +Allied Collection Serv,    3080 S Durango Dr Ste 20,    Las Vegas, NV 89117-9193
512341854      +American Student Assistance Guarantor,    100 Cambridge St.,    Ste. 1600,
                 Boston, MA 02114-2567
515793886       COLLEGE LOAN CORPORATION-TRUST 1 On behalf of,    Educational Credit Management Corporatio,
                 c/o Educational Credit Management Corpor,    PO BOX 16408,   St. Paul, MN 55116-0408
512086954      +Chase,   P.O. Box 24696,    Columbus, OH 43224-0696
512086955      +Chela,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
512524589       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,   50368-8971
512175544       College Loan Corporation,    c/o ACS,    P. O.Box 22724,    Long Beach, CA 90801-5724
512086962      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
512086963      +Cynthia E. Rozier,    C/O Thomas H. Brush, Esquire,    P.O. Box 31459,
                 Charleston, SC 29417-1459
512154566      #+Cynthia E. Rozier,    8225 Glasgow Court,    Jacksonville,FL 32244-5572
512524566       ECMC,   P. O. Box 16408,    St. Paul, MN 55116-0408
512086969      +Immuno Laboratories Inc,    6801 Powerline Rd,    Fort Lauderdale, FL 33309-2155
512086978      +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
514980208      +Rushmore Loan Management Services,    PO Box 55004,    Irvine, CA 92619-5004
514980209      +Rushmore Loan Management Services,    PO Box 55004,    Irvine, CA 92619-2708,
                 Rushmore Loan Management Services,    PO Box 55004,    Irvine, CA 92619-5004
512165421      +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
512086986      +Tek-collect Inc,    Pob 1269,   Columbus, OH 43216-1269
512364748      +U.S. Bank National Association, as trustee, on beh,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
512086987      +Wyrhsr Mortgage,    1420 South 500 West,    Salt Lake City, UT 84115-5149
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2016 22:55:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
512086952      +EDI: AMEREXPR Jul 15 2016 22:53:00      American Express,    P.O. Box 981535,
                 El Paso, TX 79998-1535
512103411       EDI: BANKAMER2.COM Jul 15 2016 22:53:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
512086953      +EDI: BANKAMER2.COM Jul 15 2016 22:53:00      Bank Of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
512086960       EDI: CHRYSLER.COM Jul 15 2016 22:53:00      Chrysler Financial,    TD Auto Finance,
                 P.O. Box 860,    Roanoke, TX 76262
512251298       EDI: RESURGENT.COM Jul 15 2016 22:53:00      CR Evergreen II, LLC,    MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
512086961      +EDI: CIAC.COM Jul 15 2016 22:53:00      Citimortgage,    P.O. Box 9438,
                 Gaithersburg, MD 20898-9438
512190133       EDI: IRS.COM Jul 15 2016 22:53:00      Department of Treasury - Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
512086964      +EDI: NAVIENTFKASMDOE.COM Jul 15 2016 22:53:00      Dept Of Ed/sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
512746745      +EDI: RESURGENT.COM Jul 15 2016 22:53:00      East Bay Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
512086966      +EDI: RMSC.COM Jul 15 2016 22:53:00      GE Money,   P.O. Box 960061,    Orlando, FL 32896-0061
512086968      +EDI: RMSC.COM Jul 15 2016 22:53:00      Gemb/home Design-nhfa,    Po Box 981439,
                 El Paso, TX 79998-1439
512086971      +E-mail/Text: bankruptcydepartment@tsico.com Jul 15 2016 22:56:15      Nco Fin /99,
                 Po Box 15636,    Wilmington, DE 19850-5636
512086973      +E-mail/Text: electronicbkydocs@nelnet.net Jul 15 2016 22:55:29     Nelnet Lns,
                 Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
512177802      +E-mail/Text: Bankruptcy@nslp.org Jul 15 2016 22:55:23     Nelnet on behalf of NSLP,
                 National Student Loan Program,    PO Box 82507,   Lincoln NE 68501-2507
512086977      +E-mail/Text: bankruptcy@onlineis.com Jul 15 2016 22:55:57     Online Collections,   Attn: Tracy,
                 Po Box 1489,    Winterville, NC 28590-1489
513165729       EDI: PRA.COM Jul 15 2016 22:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
512432489       EDI: PRA.COM Jul 15 2016 22:53:00      Portfolio Recovery Associates, LLC,
                 c/o Home Design - Nhfa,    PO Box 41067,   Norfolk VA 23541
512432490       EDI: PRA.COM Jul 15 2016 22:53:00      Portfolio Recovery Associates, LLC,
                 c/o Nationwide Buying Group,    PO Box 41067,   Norfolk VA 23541
515470337       E-mail/Text: bknotices@snsc.com Jul 15 2016 22:56:19     SN SERVICING CORPORATION,
                 323 FIFTH STREET,    EUREKA, CA, 95501
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Jul 15, 2016
                              Form ID: 148             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515470338        E-mail/Text: bknotices@snsc.com Jul 15 2016 22:56:19      SN SERVICING CORPORATION,
                 323 FIFTH STREET,    EUREKA, CA, 95501,    SN SERVICING CORPORATION,    323 FIFTH STREET,
                 EUREKA, CA, 95501
512390782        EDI: NAVIENTFKASMDOE.COM Jul 15 2016 22:53:00      Sallie Mae Inc., on behalf of the,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA 30374-0351
512578510       +EDI: CHRYSLER.COM Jul 15 2016 22:53:00      TD Auto Finance,
                 4600 Touchton Rd. Building 200 Suite 400,    Jacksonville, FL 32246-8299
                                                                                             TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512086967         Gemb/gecaf Natl/brnd D
512446153         JPMorgan Chase Bank, National Association c/o Zuck
cr*              +U.S. Bank National Association, as trustee, on beh,   c/o Select Portfolio Servicing, Inc.,
                  3815 South West Temple,    Salt Lake City, UT 84115-4412
512086956*       +Chela,   Attn: Bankruptcy,   Po Box 9500,    Wilkes-Barre, PA 18773-9500
512086957*       +Chela,   Attn: Bankruptcy,   Po Box 9500,    Wilkes-Barre, PA 18773-9500
512086958*       +Chela,   Attn: Bankruptcy,   Po Box 9500,    Wilkes-Barre, PA 18773-9500
512086959*       +Chela,   Attn: Bankruptcy,   Po Box 9500,    Wilkes-Barre, PA 18773-9500
512086965*       +Dept Of Ed/sallie Mae,    Po Box 9635,   Wilkes Barre, PA 18773-9635
512086970*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    1973 N. Rulon White Blvd.,
                  Ogden, UT 84201)
512086972*       +Nco Fin /99,   Po Box 15636,   Wilmington, DE 19850-5636
512086974*       +Nelnet Lns,   Attention: Claims,    Po Box 17460,   Denver, CO 80217-0460
512086975*       +Nelnet Lns,   Attention: Claims,    Po Box 17460,   Denver, CO 80217-0460
512086976*       +Nelnet Lns,   Attention: Claims,    Po Box 17460,   Denver, CO 80217-0460
512086979*       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
512086980*       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
512086981*       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
512086982*       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
512086983*       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
512086984*       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
512086985*       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                     TOTALS: 2, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                      Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    SN SERVICING CORPORATION, as servicer for US BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST
               afriedman@pulversthompson.com
              Dori L. Scovish    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2007-2Home Equity Pass-Through Certificates,
               Series 2007-2 doris@efwlaw.com
              Frances  Gambardella    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcynotice@zuckergoldberg.com

```
District/off: 0312-2          User: admin                Page 3 of 3             Date Rcvd: Jul 15, 2016
                              Form ID: 148               Total Noticed: 47


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC f/k/a NEW CENTURY
               MORTGAGE CORPORATION jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Rushmore Loan Management Services LLC
               LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Marie-Ann   Greenberg (NA)    on behalf of Trustee Marie-Ann   Greenberg magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    SN SERVICING CORPORATION, as servicer for US BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST
               bankruptcy@feinsuch.com
              Stuart D. Gavzy    on behalf of Debtor Patricia   Bermudez stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                             TOTAL: 11
```