Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−28236−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Bermudez
   1051 Madison Ave Apt D
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−2536

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on July 15, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 173 − 168
Order Dismissing Case for Debtor (related document:168 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/15/2016. (nds)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 15, 2016
JJW: nds

                                                      James J. Waldron
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 11-28236-SLM
Patricia Bermudez                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jul 15, 2016
                             Form ID: orderntc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.
db              +Patricia Bermudez,    1051 Madison Ave Apt D,    Elizabeth, NJ 07201-1323
trfee           +American Student Assistance Services, Inc,   100 Cambridge St,    Suite 1600,
                  Boston, MA 02114-2567
r               +Christie Ibeh,   6914 East Fowler Avenue, Suite G,    Tampa, FL 33617-1705
cr              +U.S. Bank National Association, as trustee, on beh,    c/o Select Portfolio Servicing, Inc.,
                  3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    SN SERVICING CORPORATION, as servicer for US BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST
               afriedman@pulversthompson.com
              Dori L. Scovish    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2007-2Home Equity Pass-Through Certificates,
               Series 2007-2 doris@efwlaw.com
              Frances  Gambardella    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC f/k/a NEW CENTURY
               MORTGAGE CORPORATION jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Rushmore Loan Management Services LLC
               LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Marie-Ann  Greenberg (NA)    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    SN SERVICING CORPORATION, as servicer for US BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST
               bankruptcy@feinsuch.com
              Stuart D. Gavzy    on behalf of Debtor Patricia  Bermudez stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                              TOTAL: 11