| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | Order Filed on July 15, 2016 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey<br><br>Case No.:  **11-28236SLM** |
| IN RE:<br><br>       PATRICIA BERMUDEZ | Judge:  **STACEY L. MEISEL** |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 15, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): PATRICIA BERMUDEZ

Case No.: 11-28236SLM

Caption of Order:    ORDER DISMISSING PETITION

---

    THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is: ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 11-28236-SLM
Patricia Bermudez                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jul 15, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db              +Patricia Bermudez,    1051 Madison Ave Apt D,    Elizabeth, NJ 07201-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    SN SERVICING CORPORATION, as servicer for US BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST
               afriedman@pulversthompson.com
              Dori L. Scovish    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2007-2Home Equity Pass-Through Certificates,
               Series 2007-2 doris@efwlaw.com
              Frances  Gambardella    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC f/k/a NEW CENTURY
               MORTGAGE CORPORATION jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Rushmore Loan Management Services LLC
               LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Marie-Ann  Greenberg (NA)    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    SN SERVICING CORPORATION, as servicer for US BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST
               bankruptcy@feinsuch.com
              Stuart D. Gavzy    on behalf of Debtor Patricia  Bermudez stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                               TOTAL: 11